# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| ESEQUIEL ESCAMILLA MARQUEZ et al., § § § Plaintiffs, § § v. § § TRACY RENAUD et al., § § Defendants. § | Civil Action No. 4:21-cv-00828-P |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 9. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed all relevant matters of record in this case, including the proposed Findings, Conclusions, and Recommendation, for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** on this **7th day** of **September, 2021**.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE